**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Eastern Division

| | | |
|---|---|---|
| LUMA HALIG | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 17 cv 01837 |
| | ) | |
| ILLINOIS COLLEGE OF OPTOMETRY, | ) | |
| | ) | |
| Defendant | ) | |

## AGREED ORDER OF DISMISSAL OF THE LITIGATION

This matter coming to be heard on the Motion of Defendant ICO and the agreement of all parties to dismiss this matter with prejudice and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, that by agreement of the parties the above caption matter is hereby dismissed in its entirety with prejudice without cost to any party.

February 26, 2018                                   Entered:

                                                    _____
                                                                    JUDGE

AGREED:

*/s/ Jason J. Bach, Esq.*
_____

_____

Order Prepared by:
FLOYD D. PERKINS
**NIXON PEABODY LLP**
**ATTORNEY FOR DEFENDANT**
70 W. Madison Street
Suite 3500
Chicago, Illinois 60602
312-977-4411
 844-571-6777 (Facsimile)
fdperkins@nixonpeabody.com
Attorney No. Illinois 2173476